IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OMAIRA BOENKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | CASE No. 3:16-cv-00213 |
| WFP PECAN PARK, LP, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of all Parties. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: October 13, 2016.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 2582051
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 7-A
Atlanta, Georgia 30306
Tel: (404) 365-4480
Fax: (855) 415-2480
Craig@EhrlichLawOffice.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing Plaintiff's Certificate of Interested Parties via the CM/ECF system for the federal District Court for the Southern District of Texas. Further, a true and correct copy of the foregoing was served via electronic mail upon the following counsel:

WFP Pecan Park, LP
c/o Mark A. Huvard, Esq.
Harberg, Huvard, Jacobs & Wadler, LLP
2100 West Loop South, Suite 1100
Houston, Texas 77027-3534
Fax: (713) 572-7010
huvard@hhjwlaw.com

                                        /s/Craig J. Ehrlich
                                        Craig J. Ehrlich