United States District Court
Southern District of Texas
**ENTERED**
October 24, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OMAIRA BOENKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-213 |
| | § | |
| WFP PECAN PARK, LP, | § | |
| | § | |
| Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **December 23, 2016,** that the settlement could not be completely documented.

SIGNED at Galveston, Texas, this 24th day of October, 2016.

_____
George C. Hanks Jr.
United States District Judge